

FILED
CLERK, U.S. DISTRICT COURT
08/31/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER 5:22-mj-00552 |
|---|---|
| PLAINTIFF(S) | CR-22-00919-001-PHX-JJT |
| v. | |
| ADRIAN ROBERTO DUARTE RODRIGUEZ | DECLARATION RE OUT-OF-DISTRICT WARRANT |
| DEFENDANT(S). | |

The above-named defendant was charged by: ATF
in the Central District of California on 8/30/22
at 12:00 ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about 10/07/21
in violation of Title 18 U.S.C., Section(s) 924(a)(1)(A) & 922(a)(6)
to wit: False statements during the purchase of a Firearm.

A warrant for defendant's arrest was issued by: District of Arizona

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     8/31/22
                  Date

*Felix Osorio-Ruiz* (signature)
Signature of Agent

Felix Osorio-Ruiz
Print Name of Agent

Bureau of Alcohol, Tobacco, Firearms, & Explosives
Agency

Special Agent
Title