

Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov — For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov — For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov — For Riverside criminal duty.

FILED
CLERK, U.S. DISTRICT COURT
08/31/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: AP DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA — PLAINTIFF
v.
ADRIAN R. DUARTE RODRIGUEZ — DEFENDANT
USMS# _____

CASE NUMBER: 5:22-mj-00552   CR-22-00919-001-PHX-JJT

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on _____ at _____ ☐ AM ☒ PM
   or
   The defendant was arrested in the Central District of California on 8/30/22 at 12:00 ☐ AM ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☐ Yes ☒ No

4. Charges under which defendant has been booked:
   18 USC 924(a)(1)(A) - False Statement during purchase of a firearm; 18 USC 922(a)(6)- Material False Statement

5. Offense charged is a: ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required: ☐ No ☒ Yes   Language: Spanish

7. Year of Birth: 2000

8. Defendant has retained counsel: ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: Felix Osorio-Ruiz   (please print)

12. Office Phone Number: 818-318-7283

13. Agency: ATF

14. Signature: FELIX OSORIO-RUIZ (Digitally signed by FELIX OSORIO-RUIZ  Date: 2022.08.30 17:58:56 -07'00')

15. Date: 08/30/2022

CR-64 (09/20)   REPORT COMMENCING CRIMINAL ACTION